*CAT III* *CH*

# PRISONER CASE

UNITED STATES DISTRICT CO▯▯▯▯
NORTHERN DISTRICT OF ILLI

## Civil Cover Sheet

08CV4257
JUDGE GETTLEMAN
MAG. JUDGE KEYS

**Plaintiff(s):**  LATHIERIAL BOYD

**Defendant(s):**  JOSEPH V. MATHY, etc., et al.

**County of Residence:**  LIVINGSTON

**County of Residence:**

**FILED**

**Plaintiff's Address:**

Lathierial Boyd
B-10106
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Defendant's Attorney:**

Chief of Criminal Appeals
Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

J N   JUL 2 8 2008
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis
of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from
Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:**  ☐ Yes   ☑ No

**Signature:** _(signature)_   **Date:** 7/28/08