7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUL 25 2008
JUL 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

LATHIERIAL BOYD,
_____
Plaintiff

v.

JOSEPH V. MATHY, WARDEN
_____
Defendant(s)

08CV4257
JUDGE GETTLEMAN
MAG. JUDGE KEYS

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, LATHIERIAL BOYD #B10106, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # B10106   Name of prison or jail: _____
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $10.00

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 3-10-90
      Monthly salary or wages: $30 K MONTHLY
      Name and address of last employer: SELF, REAL ESTATE INVESTOR
      4428 S. LEAMINGTON CHICAGO, IL 60638

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                                      ☐Yes   ☒No
      Amount _____ Received by _____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount _____ Received by _____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount _____ Received by _____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes    ☒ No
Amount _____ Received by _____

    e.    ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount _____ Received by _____

    f.    ☐ Any other sources (state source: _____)    ☐ Yes    ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property: _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes    ☒ No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-14-08

_Lathierial Boyd #B10106_
(Signature of Applicant)

LATHIERIAL BOYD
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Lathierial Boyd_, I.D.# _B10106_, has the sum of $ _57.31_ on account to his/her credit at (name of institution) _Pontiac Corr. Center_
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _125.00_.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

7/17/08
DATE

_Janet Jones_
SIGNATURE OF AUTHORIZED OFFICER

JANET JONES
(Print name)

rev. 7/18/02

| Date: | 7/17/2008 | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Time: | 10:17am | | | Pontiac Correctional Center | | | |
| d_list_inmate_trans_statement_composite | | | | Trust Fund | | | |
| | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 01/15/2008 thru End;    Inmate: B10106;    Active Status Only ? : No;    Print Restrictions ? : Yes; Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate:** B10106 Boyd, Latherial    **Housing Unit:** PON-SP-07-18

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 50.19 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527772, DOC: Library Copies, Inv. Date: 01/04/2008 | -.15 | 50.04 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527085, DOC: Library Copies, Inv. Date: 12/26/2007 | -.70 | 49.34 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 527526, Pitney Bowes Bank, Inc, Inv. Date: 01/02/2008 | -1.14 | 48.20 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 527714, Pitney Bowes Bank, Inc, Inv. Date: 01/04/2008 | -.58 | 47.62 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 527131, Pitney Bowes Bank, Inc, Inv. Date: 12/27/2007 | -3.00 | 44.62 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 528426, Pitney Bowes Bank, Inc, Inv. Date: 01/14/2008 | -3.14 | 41.48 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 527686, Pitney Bowes Bank, Inc, Inv. Date: 01/04/2008 | -.41 | 41.07 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 527672, Pitney Bowes Bank, Inc, Inv. Date: 01/03/2008 | -.58 | 40.49 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 527552, Pitney Bowes Bank, Inc, Inv. Date: 01/02/2008 | -1.40 | 39.09 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 527696, Pitney Bowes Bank, Inc, Inv. Date: 01/04/2008 | -.41 | 38.68 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 527136, Pitney Bowes Bank, Inc, Inv. Date: 12/27/2007 | -.41 | 38.27 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 527032, Pitney Bowes Bank, Inc, Inv. Date: 12/26/2007 | -1.65 | 36.62 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 528003, Pitney Bowes Bank, Inc, Inv. Date: 01/08/2008 | -2.25 | 34.37 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 527012, Pitney Bowes Bank, Inc, Inv. Date: 12/24/2007 | -3.00 | 31.37 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 527132, Pitney Bowes Bank, Inc, Inv. Date: 12/27/2007 | -3.75 | 27.62 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 527880, Pitney Bowes Bank, Inc, Inv. Date: 01/07/2008 | -2.80 | 24.82 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 525849, Pitney Bowes Bank, Inc, Inv. Date: 12/13/2007 | -.41 | 24.41 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 526446, Pitney Bowes Bank, Inc, Inv. Date: 12/18/2007 | -.41 | 24.00 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 526337, Pitney Bowes Bank, Inc, Inv. Date: 12/17/2007 | -.41 | 23.59 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 526814, Pitney Bowes Bank, Inc, Inv. Date: 12/21/2007 | -.58 | 23.01 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 525869, Pitney Bowes Bank, Inc, Inv. Date: 12/13/2007 | -4.50 | 18.51 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 527670, Pitney Bowes Bank, Inc, Inv. Date: 01/03/2008 | -1.48 | 17.03 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 526202, Pitney Bowes Bank, Inc, Inv. Date: 12/17/2007 | -7.50 | 9.53 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015320 | Chk #65580 | 525838, Pitney Bowes Bank, Inc, Inv. Date: 12/13/2007 | -1.64 | 7.89 |
| 01/15/08 | Disbursements | 80 Postage | 015320 | Chk #65580 | 525870, Pitney Bowes Bank, Inc, Inv. Date: 12/13/2007 | -.82 | 7.07 |
| 01/16/08 | Mail Room | 01 MO/Checks (Not Held) | 016225 | 4971660929 | Bernett, Arnita | 50.00 | 57.07 |
| 01/17/08 | Mail Room | 01 MO/Checks (Not Held) | 017262 | 871867 | Lukas, Virginia | 50.00 | 107.07 |
| 01/22/08 | Mail Room | 01 MO/Checks (Not Held) | 022262 | 11162212468 | Boyd, James | 50.00 | 157.07 |
| 01/23/08 | Point of Sale | 60 Commissary | 023774 | 264209 | Commissary | -96.94 | 60.13 |
| 01/29/08 | Mail Room | 01 MO/Checks (Not Held) | 029262 | 872382 | Lukas, Virginia | 50.00 | 110.13 |
| 02/05/08 | Point of Sale | 60 Commissary | 036734 | 265280 | Commissary | -50.45 | 59.68 |

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/15/2008 thru End;    Inmate: B10106;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B10106 Boyd, Latherial**                          **Housing Unit: PON-SP-07-18**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039120 | | P/R month of 01/2008 | 10.00 | 69.68 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 529749, Pitney Bowes Bank, Inc, Inv. Date: 01/29/2008 | -1.31 | 68.37 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 529962, Pitney Bowes Bank, Inc, Inv. Date: 01/30/2008 | -4.50 | 63.87 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 530806, Pitney Bowes Bank, Inc, Inv. Date: 02/11/2008 | -.58 | 63.29 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 530795, Pitney Bowes Bank, Inc, Inv. Date: 02/11/2008 | -3.79 | 59.50 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 528942, Pitney Bowes Bank, Inc, Inv. Date: 01/18/2008 | -4.92 | 54.58 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 529150, Pitney Bowes Bank, Inc, Inv. Date: 01/23/2008 | -1.65 | 52.93 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 529469, Pitney Bowes Bank, Inc, Inv. Date: 01/25/2008 | -.41 | 52.52 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 530757, Pitney Bowes Bank, Inc, Inv. Date: 02/11/2008 | -.58 | 51.94 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 528800, Pitney Bowes Bank, Inc, Inv. Date: 01/17/2008 | -.41 | 51.53 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 529306, Pitney Bowes Bank, Inc, Inv. Date: 01/24/2008 | -.41 | 51.12 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 529041, Pitney Bowes Bank, Inc, Inv. Date: 01/22/2008 | -6.11 | 45.01 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 529042, Pitney Bowes Bank, Inc, Inv. Date: 01/22/2008 | -12.80 | 32.21 |
| 02/13/08 | Disbursements | 81 Legal Postage | 044320 | Chk #65997 | 528990, Pitney Bowes Bank, Inc, Inv. Date: 01/22/2008 | -.97 | 31.24 |
| 02/13/08 | Disbursements | 80 Postage | 044320 | Chk #65997 | 830176, Pitney Bowes Bank, Inc, Inv. Date: 02/01/2008 | -6.49 | 24.75 |
| 02/15/08 | Mail Room | 01 MO/Checks (Not Held) | 046262 | 737659 | Boyd, Archie | 50.00 | 74.75 |
| 02/26/08 | Point of Sale | 60 Commissary | 057753 | 267248 | Commissary | -44.52 | 30.23 |
| 03/04/08 | Point of Sale | 60 Commissary | 064774 | 267734 | Commissary | -14.97 | 15.26 |
| 03/07/08 | Payroll | 20 Payroll Adjustment | 067120 | | P/R month of 02/2008 | 9.86 | 25.12 |
| 03/12/08 | Disbursements | 90 Medical Co-Pay | 072320 | Chk #66242 | 532401, DOC: 523 Fund Reimburs, Inv. Date: 02/29/2008 | -2.00 | 23.12 |
| 03/12/08 | Disbursements | 80 Postage | 072320 | Chk #66243 | 532517, Pitney Bowes Bank, Inc, Inv. Date: 03/03/2008 | -.82 | 22.30 |
| 03/12/08 | Disbursements | 80 Postage | 072320 | Chk #66243 | 532369, Pitney Bowes Bank, Inc, Inv. Date: 02/29/2008 | -2.15 | 20.15 |
| 03/12/08 | Disbursements | 80 Postage | 072320 | Chk #66243 | 531509, Pitney Bowes Bank, Inc, Inv. Date: 02/20/2008 | -1.23 | 18.92 |
| 03/12/08 | Disbursements | 80 Postage | 072320 | Chk #66243 | 530993, Pitney Bowes Bank, Inc, Inv. Date: 02/13/2008 | -2.46 | 16.46 |
| 03/12/08 | Disbursements | 80 Postage | 072320 | Chk #66243 | 531095, Pitney Bowes Bank, Inc, Inv. Date: 02/14/2008 | -1.64 | 14.82 |
| 03/12/08 | Disbursements | 80 Postage | 072320 | Chk #66243 | 531338, Pitney Bowes Bank, Inc, Inv. Date: 02/19/2008 | -.99 | 13.83 |
| 03/12/08 | Disbursements | 81 Legal Postage | 072320 | Chk #66243 | 531285, Pitney Bowes Bank, Inc, Inv. Date: 02/19/2008 | -.41 | 13.42 |
| 03/12/08 | Disbursements | 81 Legal Postage | 072320 | Chk #66243 | 532118, Pitney Bowes Bank, Inc, Inv. Date: 02/28/2008 | -.41 | 13.01 |
| 03/12/08 | Disbursements | 80 Postage | 072320 | Chk #66243 | 530992, Pitney Bowes Bank, Inc, Inv. Date: 02/13/2008 | -2.46 | 10.55 |
| 03/12/08 | Disbursements | 80 Postage | 072320 | Chk #66243 | 532163, Pitney Bowes Bank, Inc, Inv. Date: 02/28/2008 | -.58 | 9.97 |
| 03/13/08 | Mail Room | 01 MO/Checks (Not Held) | 073262 | 4971660948 | Burnett, Arnita | 50.00 | 59.97 |

Date: 7/17/2008  
Time: 10:17am  
d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 01/15/2008 thru End;    Inmate: B10106;    Active Status Only ? : No;    Print Restrictions ? : Yes;  
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B10106 Boyd, Latherial**                               **Housing Unit: PON-SP-07-18**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/13/08 | Mail Room | 01 MO/Checks (Not Held) | 073262 | 4971660947 | Burnett, Arnita | 50.00 | 109.97 |
| 04/09/08 | Payroll | 20 Payroll Adjustment | 100120 | | P/R month of 03/2008 | 10.00 | 119.97 |
| 04/11/08 | Mail Room | 01 MO/Checks (Not Held) | 102262 | 909358 | Boyd, Angela | 50.00 | 169.97 |
| 04/11/08 | Mail Room | 01 MO/Checks (Not Held) | 102262 | 909359 | Boyd, Angela | 50.00 | 219.97 |
| 04/15/08 | Disbursements | 90 Medical Co-Pay | 106320 | Chk #66721 | 535392, DOC: 523 Fund Reimburs, Inv. Date: 04/09/2008 | -2.00 | 217.97 |
| 04/15/08 | Disbursements | 81 Legal Postage | 106320 | Chk #66722 | 535776, Pitney Bowes Bank, Inc, Inv. Date: 04/15/2008 | -.58 | 217.39 |
| 04/15/08 | Disbursements | 81 Legal Postage | 106320 | Chk #66722 | 534709, Pitney Bowes Bank, Inc, Inv. Date: 03/31/2008 | -.41 | 216.98 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 535571, Pitney Bowes Bank, Inc, Inv. Date: 04/11/2008 | -8.37 | 208.61 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 534925, Pitney Bowes Bank, Inc, Inv. Date: 04/03/2008 | -5.63 | 202.98 |
| 04/15/08 | Disbursements | 81 Legal Postage | 106320 | Chk #66722 | 534909, Pitney Bowes Bank, Inc, Inv. Date: 04/03/2008 | -.58 | 202.40 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 534731, Pitney Bowes Bank, Inc, Inv. Date: 03/31/2008 | -1.82 | 200.58 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 534894, Pitney Bowes Bank, Inc, Inv. Date: 04/02/2008 | -20.51 | 180.07 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 534654, Pitney Bowes Bank, Inc, Inv. Date: 03/28/2008 | -.41 | 179.66 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 533338, Pitney Bowes Bank, Inc, Inv. Date: 03/13/2008 | -2.63 | 177.03 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 534873, Pitney Bowes Bank, Inc, Inv. Date: 04/02/2008 | -2.90 | 174.13 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 533974, Pitney Bowes Bank, Inc, Inv. Date: 03/20/2008 | -.82 | 173.31 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 533452, Pitney Bowes Bank, Inc, Inv. Date: 03/14/2008 | -1.64 | 171.67 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 533973, Pitney Bowes Bank, Inc, Inv. Date: 03/20/2008 | -.58 | 171.09 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 534895, Pitney Bowes Bank, Inc, Inv. Date: 04/02/2008 | -5.63 | 165.46 |
| 04/15/08 | Disbursements | 81 Legal Postage | 106320 | Chk #66722 | 533568, Pitney Bowes Bank, Inc, Inv. Date: 03/17/2008 | -.41 | 165.05 |
| 04/15/08 | Disbursements | 80 Postage | 106320 | Chk #66722 | 535796, Pitney Bowes Bank, Inc, Inv. Date: 04/15/2008 | -5.02 | 160.03 |
| 04/21/08 | Point of Sale | 60 Commissary | 112753 | 271818 | Commissary | -29.85 | 130.18 |
| 05/06/08 | Point of Sale | 60 Commissary | 127774 | 273174 | Commissary | -106.61 | 23.57 |
| 05/08/08 | Payroll | 20 Payroll Adjustment | 129120 | | P/R month of 04/2008 | 10.00 | 33.57 |
| 05/09/08 | Mail Room | 01 MO/Checks (Not Held) | 130225 | 880663 | Lukas, Virginia | 50.00 | 83.57 |
| 05/13/08 | Point of Sale | 60 Commissary | 134774 | 273888 | Commissary | -25.61 | 57.96 |
| 05/14/08 | Disbursements | 84 Library | 135320 | Chk #67093 | 537564, DOC: 523 Fund Library, Inv. Date: 05/06/2008 | -.40 | 57.56 |
| 05/14/08 | Disbursements | 84 Library | 135320 | Chk #67093 | 537101, DOC: 523 Fund Library, Inv. Date: 05/01/2008 | -.15 | 57.41 |
| 05/14/08 | Disbursements | 90 Medical Co-Pay | 135320 | Chk #67094 | 536377, DOC: 523 Fund Reimburs, Inv. Date: 04/22/2008 | -2.00 | 55.41 |
| 05/14/08 | Disbursements | 80 Postage | 135320 | Chk #67095 | 536348, Pitney Bowes Bank, Inc, Inv. Date: 04/22/2008 | -7.05 | 48.36 |
| 05/14/08 | Disbursements | 81 Legal Postage | 135320 | Chk #67095 | 537249, Pitney Bowes Bank, Inc, Inv. Date: 05/02/2008 | -.58 | 47.78 |
| 05/14/08 | Disbursements | 80 Postage | 135320 | Chk #67095 | 537273, Pitney Bowes Bank, Inc, Inv. Date: 05/02/2008 | -.75 | 47.03 |
| 05/20/08 | Point of Sale | 60 Commissary | 141734 | 274522 | Commissary | -24.57 | 22.46 |

```
Date: 7/17/2008                          Pontiac Correctional Center                              Page 4
Time: 10:17am                                    Trust Fund
d_list_inmate_trans_statement_composite      Inmate Transaction Statement
```

REPORT CRITERIA - Date: 01/15/2008 thru End;   Inmate: B10106;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B10106 Boyd, Latherial**          **Housing Unit: PON-SP-07-18**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/04/08 | Point of Sale | 60 Commissary | 156734 | 275454 | Commissary | -16.66 | 5.80 |
| 06/06/08 | Payroll | 20 Payroll Adjustment | 158120 | | P/R month of 05/2008 | 10.00 | 15.80 |
| 06/13/08 | Mail Room | 01 MO/Checks (Not Held) | 165262 | 4971660994 | Burnett, Arnita | 50.00 | 65.80 |
| 06/13/08 | Mail Room | 01 MO/Checks (Not Held) | 165262 | 4971660993 | Burnett, Arnita | 50.00 | 115.80 |
| 06/16/08 | Disbursements | 84 Library | 168320 | Chk #67446 | 540128, DOC: 523 Fund Library, Inv. Date: 06/06/2008 | -.60 | 115.20 |
| 06/16/08 | Disbursements | 81 Legal Postage | 168320 | Chk #67448 | 539903, Pitney Bowes Bank, Inc, Inv. Date: 06/03/2008 | -.42 | 114.78 |
| 06/16/08 | Disbursements | 80 Postage | 168320 | Chk #67448 | 539695, Pitney Bowes Bank, Inc, Inv. Date: 06/02/2008 | -.59 | 114.19 |
| 06/16/08 | Disbursements | 80 Postage | 168320 | Chk #67448 | 540495, Pitney Bowes Bank, Inc, Inv. Date: 06/11/2008 | -.84 | 113.35 |
| 06/16/08 | Disbursements | 80 Postage | 168320 | Chk #67448 | 539613, Pitney Bowes Bank, Inc, Inv. Date: 05/30/2008 | -.42 | 112.93 |
| 06/16/08 | Disbursements | 80 Postage | 168320 | Chk #67448 | 538660, Pitney Bowes Bank, Inc, Inv. Date: 05/19/2008 | -.84 | 112.09 |
| 06/16/08 | Disbursements | 80 Postage | 168320 | Chk #67448 | 539924, Pitney Bowes Bank, Inc, Inv. Date: 06/03/2008 | -.42 | 111.67 |
| 06/16/08 | Disbursements | 81 Legal Postage | 168320 | Chk #67448 | 539182, Pitney Bowes Bank, Inc, Inv. Date: 05/27/2008 | -.42 | 111.25 |
| 06/16/08 | Disbursements | 80 Postage | 168320 | Chk #67448 | 540615, Pitney Bowes Bank, Inc, Inv. Date: 06/12/2008 | -1.18 | 110.07 |
| 06/16/08 | Disbursements | 80 Postage | 168320 | Chk #67448 | 539433, Pitney Bowes Bank, Inc, Inv. Date: 05/28/2008 | -2.52 | 107.55 |
| 06/17/08 | Point of Sale | 60 Commissary | 169734 | 276908 | Commissary | -51.42 | 56.13 |
| 06/25/08 | Point of Sale | 60 Commissary | 177750 | 277561 | Commissary | -30.99 | 25.14 |
| 06/25/08 | Mail Room | 01 MO/Checks (Not Held) | 177262 | 1200000 | Panasonic, Refund | 40.13 | 65.27 |
| 07/09/08 | Point of Sale | 60 Commissary | 191774 | 278202 | Commissary | -57.47 | 7.80 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193120 | | P/R month of 06/2008 | 10.00 | 17.80 |
| 07/15/08 | Mail Room | 01 MO/Checks (Not Held) | 197262 | 498633 | Martinez, Debbie | 50.00 | 67.80 |
| 07/15/08 | Disbursements | 84 Library | 197320 | Chk #67730 | 542165, DOC: 523 Fund Library, Inv. Date: 07/03/2008 | -1.50 | 66.30 |
| 07/15/08 | Disbursements | 84 Library | 197320 | Chk #67730 | 541136, DOC: 523 Fund Library, Inv. Date: 06/18/2008 | -.55 | 65.75 |
| 07/15/08 | Disbursements | 81 Legal Postage | 197320 | Chk #67732 | 542117, Pitney Bowes Bank, Inc, Inv. Date: 07/02/2008 | -1.18 | 64.57 |
| 07/15/08 | Disbursements | 80 Postage | 197320 | Chk #67732 | 542123, Pitney Bowes Bank, Inc, Inv. Date: 07/02/2008 | -1.68 | 62.89 |
| 07/15/08 | Disbursements | 80 Postage | 197320 | Chk #67732 | 542264, Pitney Bowes Bank, Inc, Inv. Date: 07/03/2008 | -2.02 | 60.87 |
| 07/15/08 | Disbursements | 80 Postage | 197320 | Chk #67732 | 542271, Pitney Bowes Bank, Inc, Inv. Date: 07/03/2008 | -.76 | 60.11 |

|  |  |
|---|---|
| Total Inmate Funds: | 60.11 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.80 |
| Funds Available: | 57.31 |
| Total Furloughs: | .00 |

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/15/2008 thru End;  Inmate: B10106;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: B10106 Boyd, Latherial**          **Housing Unit: PON-SP-07-18**

|  |  |
|---|---|
| Total Inmate Funds: | 60.11 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.80 |
| Funds Available: | 57.31 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/16/2008 | 543163 | Disb | Library Copies | 2 DOC: 523 Fund Library | $2.80 |
|  |  |  |  | **Total Restrictions:** | **$2.80** |