**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief of Criminal Appeals
   Illinois Attorney General's Office
   100 W. Randolph St., 12th Flr.
   Chicago, IL 60601

   08 CV 4257

2. Article Number
   (Transfer from service label)

   7006 0100 0001 7312 6783

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   RECEIVED
   JUL 3 1 2008
   Office Of The Attorney General

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court (08cv4257)
Northern District of Illinois
219 S. Dearborn St., 20th Flr.
Chicago, IL 60604

RECEIVED
AUG 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

F I L E D
AUG 0 7 2008 PH
AUG 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

